IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LISA HANSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:16-CV-5638-RSL<br><br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $8,000.00 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b).

Dated this 22nd day of February, 2018.


*ROBERT S. LASNIK*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Page 1     ORDER [3:16-CV-5638-RSL]

Presented by:

Christopher H. Dellert
Dellert Baird Law Offices, PLLC
P.O. Box 97301
Lakewood, WA 98497
Telephone: (360) 329-6968

FAX: (360) 824-9371
Dellert.Law.Office@gmail.com

Attorney for Plaintiff